

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

David P. Maniatis, Appellant

No. 06-18-00061-CV        v.

SLF IV - 114 Assemblage, L.P., Appellee

Appeal from the 362nd District Court of Denton County, Texas (Tr. Ct. No. 17-5046-362). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs of this appeal.

RENDERED APRIL 11, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk